IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2848<br>CIVIL ACTION NO. 18-md-2848 |
| THIS DOCUMENT RELATES TO:<br><br>JOHN MICHAEL BUSH and JOHNNY MITCHELL v. MERCK & CO., INC., et al.<br>Civil Action No. 19-1117<br><br>RICHARD DOMAN and MAUREEN M. DOMAN v. MERCK & CO., INC., et al.<br>Civil Action No. 18-20118<br><br>DAVID R. ELMEGREEN as Trustee of THE SUE A. ELMEGREEN TRUST v. MERCK & CO., INC., et al.<br>Civil Action No. 17-2044<br><br>JOHN NIEDZIALOWSKI and KATHERINE NIEDZIALOWSKI v. MERCK & CO., INC., et al.<br>Civil Action No. 19-20025<br><br>EMILY SANSONE v. MERCK & CO., INC., et al.<br>Civil Action No. 18-20114 | |

PRETRIAL ORDER NO. 402

AND NOW, this 10th day of November, 2021, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme for summary judgment based on preemption of plaintiffs' design defect claims is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.