IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 CIVIL ACTION NO. 18-md-2848 |
| THIS DOCUMENT RELATES TO: DAVID R. ELMEGREEN as Trustee of THE SUE A. ELMEGREEN TRUST v. MERCK & CO., INC., et al. Civil Action No. 17-2044 | : : : : : : | |

PRETRIAL ORDER NO. 461

AND NOW, this 14th day of December, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the judgment of the Clerk awarding costs in favor of Merck & Co., Inc. and Merck, Sharp & Dohme Corp.[1] ("Merck") and against plaintiff David R. Elmegreen as Trustee of The Sue A. Elmegreen Trust (Doc. # 75) is AFFIRMED IN PART AND REVERSED IN PART; and

(2) costs are taxed in favor of Merck and against David R. Elmegreen as Trustee of The Sue A. Elmegreen Trust in the amount of $13,627.36.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.

---

1. Defendant Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.